UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN KOHUTE,

Plaintiff,

v.

D.C. WATERGATE HOTEL LIQUOR STORE, *et al.*,

Defendants.

Case No. 3:26-cv-00381-MMD-CSD

ORDER

*Pro se* Plaintiff Kevin Kohute, who is incarcerated in the custody of the Smith County Jail in Tyler, Texas, filed a complaint (ECF No. 1-1) and, on June 4, 2026, the Court directed Kohute to file a completed *in forma pauperis* ("IFP") application or to pay the filing fee within 30 days. (ECF No. 3) The Court cautioned Kohute that his failure to timely comply would lead to a recommendation for dismissal of this action without prejudice. (*Id.*) Before the Court is United States Magistrate Judge Craig S. Denney's Report and Recommendation (ECF No. 4 ("R&R")), recommending the Court dismiss this action without prejudice due to Kohute's failure to timely file an IFP application or pay the filing fee. To date, no objections to the R&R have been filed. Because there is no objection, and, as further explained below, the Court adopts the R&R in full.

Because there is no objection, the Court need not conduct de novo review and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). As mentioned above, Judge Denney recommends dismissal of this action without prejudice because Kohute failed to timely file an IFP application or pay the filing fee. Having reviewed the R&R, Judge

Denney did not clearly err. Accordingly, the Court will dismiss this action without prejudice.

It is therefore ordered that the Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted in full.

It is further ordered that this action is dismissed without prejudice based on Kohute's failure to timely file an IFP application or pay the filing fee in compliance with the Court's prior order. (ECF No. 3.)

The Clerk of Court is kindly directed to enter judgment in accordance with this Order and close this case.

DATED THIS 28th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE